# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

JOHNNY M. LAWRENCE,

        Plaintiff,

vs.

JAMIE KRAHNE; *et.al.*,

        Defendants.

Case No. 2:16–cv–762–JCM–VCF

**<u>ORDER</u>**

Before the court is Lawrence's motion for clarification (ECF No. 13).

The court dismissed this action on August 24, 2016.  (ECF No. 10)  Instead of filing an amended complaint, Lawrence objected to the order dismissing the case.  (ECF No. 11)   Lawrence also filed a motion for entry of default (ECF No. 12) and a motion for clarification (ECF No. 13).

In his motion for clarification, Lawrence asks why no default has been entered against the Defendants (ECF No. 12) despite the fact that no Defendant has appeared in this action and no responsive pleading has been filed.  (ECF No. 13)  Without a valid proof of service on file, no default may be entered.  *Billionaire Mafia, LLC v. Dania*, No. 2:11-cv-1280-GMN-PAL, 2012 WL 6021333 at *2 (D.Nev. Oct. 29, 2012).

The court also notes that pursuant to the court's August 26 order, this case has been dismissed. Despite being given the opportunity to do so, Lawrence has not filed an amended complaint or otherwise addressed the deficiencies that warranted dismissal.

ACCORDINGLY, and for good cause shown,

/// /// ///

/// /// ///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

IT IS HEREBY ORDERED that Lawrence's motion for clarification (ECF No. 13) is GRANTED.

IT IS HEREBY RECOMMENDED that this case be CLOSED.

IT IS SO ORDERED AND RECOMMENDED.

DATED this 30th day of January, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE